MARTHA J. O'MALLEY et al., Respondents, *v.* GEORGE R. ADAMS et al., as Executors of EMMA E. ADAMS, Deceased, et al., Appellants.

*O'Malley* v. *Adams*, 131 App. Div. 920, affirmed.
(Argued May 12, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 26, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury and an order denying a motion for a new trial in an action for the foreclosure of a mortgage.

*G. R. Adams* for appellants.

*Samuel S. Hatt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.